**Order entered March 5, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01078-CR

**ERIC ROSE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F11-55385-Y**

## ORDER

The Court **GRANTS** appellant's third motion to supplement the record.

We **ORDER** Official Court Reporter Sharon Hazlewood to file, within **FIFTEEN** days of the date of this order, a supplemental reporter's record consisting of the exhibits admitted into evidence during appellant's trial including the DVD admitted into evidence as State's Exhibit 30 and appellant's judicial confession admitted into evidence as State's Exhibit 1 during his plea hearing.

In the event Hazlewood does not possess one or more of the requested exhibits, Hazlewood is further **ORDERED** to file a letter stating that the requested exhibit is not within her possession. If Hazlewood does not file the record within the time specified, we will order that she not sit as a court reporter until she has filed the supplemental record in this case.

We **EXTEND** the time to file appellant's brief to **FORTY-FIVE DAYS** from the date of this order.

We **DIRECT** the Clerk of the Court to transmit a copy of this order, by electronic transmission, to Official Court Reporter Sharon Hazlewood.

/s/     LANA MYERS
         JUSTICE